UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Amanda Marie Lumsden and
Raymond Edward Lumsden,

Plaintiffs,

-vs-

Dustin A. Reichert, individually, John Doe,
individually, and Ramsey County,

Defendants.

---

Case No. 00-2463 JRT/SRN

**STIPULATION FOR PROTECTIVE ORDER AND ORDER**

## STIPULATION

**IT IS HEREBY STIPULATED** by and between Plaintiffs, Amanda Marie Lumsden and Raymond Edward Lumsden, and each of them, and Defendant, Ramsey County, by and through their respective undersigned counsel, as follows:

1. The parties hereto intend that each document contained in, or that comprises the internal affairs file relating to Plaintiffs' internal affairs complaint to the Ramsey County Sheriff of or about January 7, 1998 ("Documents") be safeguarded from inadvertent or unnecessary disclosure or distribution. In this regard, Plaintiff's counsel shall not make available or disseminate to Plaintiffs, either Plaintiff, or any third-party, other than as provided in this Stipulation for Protective Order ("Stipulation"), any Documents or copy of any Documents, which shall, prior to production to Plaintiffs' counsel, be made identifiable by stamping on each the legend "CONFIDENTIAL."

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. Plaintiffs' counsel may reveal Documents, or provide copies thereof, only to the following persons or categories of persons, and then only as necessary in the course of his representation of Plaintiffs in this action:

a. the Court, as noted below;

b. employees of Plaintiffs' counsel in the normal operation of counsel's law office;

c. any expert or staff of any expert retained by Plaintiffs in/for this action;

d. court reporters employed in connection with any depositions in this action; or

e. any other person that the parties agree upon in writing.

Plaintiff's counsel specifically agrees that he will not provide Documents, or copies of Documents, to Plaintiffs or either Plaintiff; however, Plaintiffs' counsel shall have the ability to discuss the substantive facts of/from Documents with Plaintiffs or either Plaintiff in the course of his representation, and to otherwise use them consistent with this Stipulation.

3. Documents shall be used by Plaintiffs' counsel only in preparation for and in mediation, trial, or appeal of this action, and not for any other purpose.

4. Plaintiffs' counsel shall maintain a list of the names and addresses of all persons identified in Paragraph 2 herein to whom he provides copies of Documents, and shall make that list available to counsel for Ramsey County, upon request, at the conclusion of this action.

5. If any counsel wishes to use or inquire about Documents or information derived therefrom at any deposition, that portion of the deposition transcript relating to Documents or information derived therefrom may be designated as "Confidential" by any party. In that event,

the court reporter shall be requested and instructed to place those portions so designated, with any exhibits using or consisting of Documents, in a separate, sealed envelope stamped "Confidential," which envelope shall then be appended to the transcript of the deposition in question.

6. If Documents are included in papers filed in Court, those Documents shall be filed under seal.

7. This Stipulation shall not prevent Documents from being used by the Court or counsel at any hearing in this action, or from being offered and received into evidence at trial subject to such confidentiality measures as the Court may then prescribe. Nothing in this paragraph, however, shall be construed to affect any party's right to object to use or admissibility of Documents under applicable rules of procedure or evidence.

8. If Plaintiffs or either of them receive a subpoena or other process that arguably calls for production of Documents, Plaintiffs' counsel shall give at least two-weeks notice of such subpoena to counsel for Ramsey County before producing any Documents.

9. No later than forty-five (45) days after the final disposition of this litigation, including any appeals, Plaintiff's counsel shall gather and return to counsel for Ramsey County all Documents, copies thereof in his possession, custody or control, and copies thereof provided to or made by persons authorized to have received copies under this Stipulation, except for those copies with the Court.

10. The terms of this Order survive final disposition of this case.

11. Any party may, upon not less than two-weeks notice, request leave of Court for relief of the terms of this Stipulation.

Dated: July 26, 2001

Frederick J. Goetz (185425)
Attorney at Law
2124 Dupont Avenue South
Minneapolis, MN 55405

ATTORNEY FOR PLAINTIFFS

Dated: July 25, 2001

SUSAN GAERTNER
Ramsey County Attorney

By:
Thomas E. Ring (25082X)
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3111

ATTORNEYS FOR DEFENDANT
RAMSEY COUNTY

**ORDER**

IT IS SO ORDERED.

Dated: July 31, 2001

Susan Richard Nelson
United States Magistrate Judge

(26865)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500