UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden and
Raymond E. Lumsden,

Plaintiffs,

v.

Dustin A. Reichert; individually;
Matthew Schuster; individually;
and Ramsey County,

Defendants.

Civil No. 00-2463 (JRT/SRN)

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**

---

**STIPULATION**

The parties above named by and through their respective counsel; David L. Garelick, Esq. on behalf of the Plaintiffs Amanda Lumsden and Raymond Lumsden; Earl P. Grey, Esq. on behalf of Defendant Dustin Reichert; Jon K. Iverson, Esq. and Kafi E. Cohn, Esq. on behalf of Defendant Matthew Schuster and Thomas E. Ring, Assistant Ramsey County Attorney, on behalf of Defendant Ramsey County; hereby move the Court for an Order modifying the Pretrial Scheduling Order filed on April 13, 2001.

The parties make this request for the following reasons. First, Plaintiff's present counsel assumed representation on or about December 31, 2001. Approximately eight and one half months of the allowed discovery period had already passed when the substitution of counsel occurred.

Second, Plaintiff's attorney(s) is also counsel for the Plaintiff in the case of *Raymond Edward Lumsden v. Ramsey County Community Corrections, et al.* U.S. D. Minn. Court File No. 00-2223 ADM/AJB. The case involves twelve counts, including among others, constitutional

FILED FEB 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

violations of Plaintiff's rights to travel and free association, unreasonable search, unreasonable seizure, cruel and unusual punishment, procedural due process, substantive due process, assault and battery, false arrest and imprisonment. The current scheduling orders for both cases are running concurrently as the parties (Plaintiff through previous counsel) had generally discussed attempting to reach a global settlement covering both cases.

Third, Plaintiff's attorney is also counsel for the plaintiff in the case of *Jose Gaitan v. Michael H. Chau and Bau Trong Nguyen,* D. Minn. Court File No. P1 01-002689. The case is a personal injury case. The trial is scheduled to start the week of March 4, 2002 before Judge Cara Lee Neville. The trial is estimated to last three days.

In light of the above, the parties have agreed to respectfully request that the Court approve the following modifications of the Pretrial Scheduling Order:

Discovery Plan

1. Discovery shall be commenced in time to be completed by April 15, 2002.

Dispositive Motions

1 All dispositive motions shall be served and filed by the parties by June 17, 2002.

The parties understand that all other pretrial deadlines will remain unchanged.

DATE: 2-13-02

David L. Garelick #285560
Larry Leventhal & Associates
Suite 420 - Sexton Building
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

ATTORNEYS FOR PLAINTIFFS
RAY AND AMANDA LUMSDEN

DATE: Feb 20, 2002

Thomas E. Ring #258082X
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3399

ATTORNEY FOR DEFENDANT
RAMSEY COUNTY

DATE: 2/18/02

Earl Gray #3070
46E Fourth Street
1030 Minnesota Building
St. Paul, MN 55101
(651) 223-5175

ATTORNEY FOR DEFENDANT
DUSTIN A. REICHERT

DATE: 2/21/02

Jon K. Iverson #146389
Kafi E. Cohn # 30251X
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

ATTORNEYS FOR DEFENDANT
MATTHEW SCHUSTER

**ORDER**

The Modified Pretrial Scheduling Order filed on October 9, 2001, is hereby amended by adopting the dates and schedule in the above Stipulation. All other pretrial deadlines remain unchanged.

DATE: February 25, 2002

Susan Richard Nelson
United States Magistrate Judge

No further extensions shall be granted