UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden and
Raymond E. Lumsden,

Plaintiffs,

v.

Dustin A. Reichert; individually;
Matthew Schuster; individually;
and Ramsey County,

Defendants.

Civil No. 00-2463 (JRT/SRN)

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**

---

**STIPULATION**

The parties above named by and through their respective counsel; Larry B. Leventhal, Esq. and David L. Garelick, Esq., on behalf of the Plaintiffs Amanda Lumsden and Raymond Lumsden; Earl P. Grey, Esq. on behalf of Defendant Dustin Reichert; Jon K. Iverson, Esq. and Kafi E. Cohn, Esq. on behalf of Defendant Matthew Schuster and Thomas E. Ring, Assistant Ramsey County Attorney, on behalf of Defendant Ramsey County; hereby move the Court for an Order modifying the Pretrial Scheduling Order filed on April 13, 2001 as amended by the Order of the Honorable United States Magistrate Judge Susan Richard Nelson on February 25, 2002.

The Parties make this request for the following reasons: Plaintiffs' attorneys represent Plaintiff and Assistant Ramsey County Attorney Thomas E. Ring represents Defendants in the case of *Raymond Edward Lumsden v. Ramsey County Community Corrections, et al.* U.S.D. Minn. Court File No. 00-2223 ADM/AJB ("RCCC case"). The current scheduling orders for both cases are running concurrently as the parties (Plaintiffs through previous counsel) had generally discussed attempting to reach a global settlement covering both cases. In fact, the

FILED MAY 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Pretrial Scheduling Order in the RCCC case was modified by Order of Magistrate Judge Boylan, on October 9, 2001, when the Parties stipulated in part that adopting the same schedule in both cases would facilitate reaching a global settlement.

Counsel for Plaintiffs herein and Assistant Ramsey County Attorney Thomas E. Ring have engaged in preliminary settlement negotiations in an attempt to reach a global settlement in both cases and believe it would now be best to approach mediation and/or arbitration to successfully achieve that end. The Parties herein had agreed to schedule tentative dates to mediate the conflict with the assistance of retired Hennepin County District Court Judge Patrick Fitzgerald. However, the Parties subsequently reached an impasse and are hoping to work through issues that remain to be addressed with the expectation of mediation and/or arbitration. Accordingly, the Parties respectfully request that the Court approve the following modification of the Pretrial Scheduling Order:

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 15, 2002.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

1. The case shall be trial ready on September 1, 2002, or upon resolution of pending dispositive motions.

Respective counsel for the Plaintiffs and Ramsey County herein are simultaneously submitting a correlative Stipulation to Modify Pretrial Scheduling Order to United States Magistrate Judge Arthur J. Boylan in the case of *Raymond Edward Lumsden v. Ramsey County Community Corrections, et al.* U.S.D. Minn. Court File No. 00-2223 ADM/AJB.

DATE: May 10, 2002

Larry B. Leventhal # 62534
David L. Garelick #285560
Larry Leventhal & Associates
Suite 420 - Sexton Building
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

ATTORNEYS FOR PLAINTIFFS
RAY AND AMANDA LUMSDEN

DATE: May 10, 2002

Thomas E. Ring #258082X
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3399

ATTORNEY FOR DEFENDANT
RAMSEY COUNTY

DATE: May 10, 2002

Earl Gray #3070
46E Fourth Street
1030 Minnesota Building
St. Paul, MN 55101
(651) 223-5175

ATTORNEY FOR DEFENDANT
DUSTIN A. REICHERT

DATE: May 13, 02

Jon K. Iverson #146389
Kafi E. Cohn # 30251X
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

ATTORNEYS FOR DEFENDANT
MATTHEW SCHUSTER

**ORDER**

The Modified Pretrial Scheduling Order filed on October 9, 2001 as amended on February 25, 2002 is hereby further amended by adopting the date for serving and filing dispositive motions in the above Stipulation and resetting the trial ready date to September 1, 2002.

DATE: May 13, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

No further extensions of time will be granted.