# *United States District Court*
# *District of Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-2463JEL/JGL
Title of Action Lumdsen v Reichert:

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendants in the above entitled action on May 13, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 20, 2003

RICHARD D. SLETTEN, CLERK

By Denise La Fond
Denise La Fond, Deputy Clerk