UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden and
Raymond Edward Lumsden,

Plaintiffs,

Civil 00-2463 JEL/JGL

v.

Dustin A. Reichert et al.

Defendants.

COST JUDGMENT

The costs of Defendant Matthew Schuster have been taxed and allowed by the Clerk of this Court against Plaintiffs Amanda Marie Lumsden and Raymond Edward Lumsden as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 820.65 | $ 820.65 |
| Fees for exemplification and copies | $ 188.05 | $ 188.05 |
| TOTAL: | $ 1,008.70 | $ 1,008.70 |

Costs, therefore, are taxed in the sum of One Thousand Eight Dollars and 70/100 ($1,008.70) in favor of Defendant Matthew Schuster and against Plaintiffs and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 11, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti, Law Clerk

JUL 1 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS