UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden and
Raymond Edward Lumsden,

Plaintiffs, Civil 00-2463 JEL/JGL

v.

Dustin A. Reichert et al.

Defendants.

COST JUDGMENT

The costs of Defendant Ramsey County have been taxed and allowed by the Clerk of this Court against Plaintiffs Amanda Marie Lumsden and Raymond Edward Lumsden as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for service of summons and subpoena | $ 237.00 | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,303.75 | $ 1,303.75 |
| Fees for exemplification and copies | $ 849.19 | $ 0.00 |
| Fees for copies of medical records | $ 567.85 | $ 0.00 |
| TOTAL: | $ 2,957.79 | $ 1,303.75 |

Costs, therefore, are taxed in the sum of One Thousand Three Hundred and Three Dollars and 75/100 ($1,303.75) in favor of Defendant Ramsey County and against Plaintiffs and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 14, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti, Law Clerk

FILED JUL 1 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS