UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

====================================

Case No. 00-2463 JRT/SRN

Amanda Marie Lumsden and Raymond Edward Lumsden,

Plaintiffs,

-vs-

**SATISFACTION OF JUDGMENT**

Dustin A. Reichert, Matthew Schuster, Individually; and Ramsey County,

Defendants.

====================================

The judgment in the above-entitled action, rendered in the United States District Court, District of Minnesota, on the 14th day of July, 2003, and duly docketed in the office of the Clerk of United States District Court, on the 14th day of July, 2003, for $1,303.75 in favor of said County of Ramsey and against said Amanda Marie Lumsden and Raymond Edward Lumsden, Plaintiffs, is hereby acknowledged to be paid and satisfied in full, and the Clerk of said United States District Court is hereby authorized to satisfy and discharge said judgment of record.

**IN TESTIMONY WHEREOF**, the Ramsey County Attorney, duly authorized attorney for judgment creditor, County of Ramsey, by and through Terri A. Hunt, Attorney-in-fact, has hereunto set her hand and seal this 20th day of February, 2004.

SUSAN GAERTNER
Ramsey County Attorney

Dated: 2-20-04

By: Terri A. Hunt
Terri A. Hunt
Attorney-in-fact
50 W. Kellogg Blvd., Suite 560
St. Paul, MN 55102-1657
(651) 266-3101

SCANNED
AUG 0 2004
U.S. DISTRICT COURT MPLS

42781

**Title One, Inc.**
**Real Estate Closings & Title Insurance**
*9201 East Bloomington Freeway, Suite FF*
*Bloomington, Minnesota 55420*
*Phone: 952.346.0844*
*Facsimile: 952.346.0845*
*Website: http://www.title-1.com*

TITLE-1

7/28/2004

US DISTRICT COURT
300 SOUTH 4TH STREET
MINNEAPOLIS, MN 55401

| | | |
|---|---|---|
| **RE:** | **Loan No.:** | MIN002729 |
| | **Borrower:** | Amanda M. Lumsden and Raymond Lumsden, wife and husband |
| | **Property Address:** | 17763 Layton Path<br>Lakeville MN 55044 |
| | **Our File No.:** | t89598 |

Enclosed, please find the following document(s):

- ☐ Lender's Policy - Short Form
- ☐ Lender's Policy - Long Form
- ☐ Owner's Policy
- ☐ Policy Endorsement - Short Form Policy has been issued at Closing
- ☐ Recorded Mortgage Document No. ____________________
- ☐ Recorded Mortgage Document No. ____________________
- ☐ Recorded Assignment of Mortgage Doc No. ____________________
- ☐ Recorded Assignment of Mortgage Doc No. ____________________
- ☐ Recorded Power of Attorney Document No. ____________________
- ☐ Recorded Subordination Agreement Doc No. ____________________
- ☒ OTHER Satisfactions of Mortgages, including checks.

Checks Returned
JB
8/2/4

Thank you for allowing us to serve you.

Very truly yours,

*Christine Montour*

Title One, Inc.
Post Closing

- ☐ Rachel Krube
- ☐ Nicole Krube
- ☐ Choua Cheng
- ☐ Charles Anderson
- ☐ Christina Bennington
- ☐ Trisha Norberg
- ☐ Cathy Saunders
- ☐ Eva Shoyat
- ☐ Christine Montour
- ☐ Lori P.