IVERSON REUVERS, LLC
Attorneys at Law

Jon K. Iverson
Paul D. Reuvers
Jeff M. Zalasky
Jason J. Kuboushek
Mark S. Brown
Pamela J.F. Whitmore
Jason M. Hiveley
Susan M. Tindal

9321 Ensign Avenue South
Bloomington, Minnesota 55438
Telephone: 952.548.7200
Facsimile: 952.946.1501

Jon K. Iverson
Direct: 952.548.7204
jiverson@iversonlaw.com

October 12, 2004

Clerk of Court
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street
Minneapolis, MN 55415

RE: Lumsden v. Reichert, et al
Court File No: 00-2463 JEL/JGL
Our File No: 800.003

Dear Clerk:

Please be advised our client, Matthew Schuster, has been dismissed from the captioned case. Please terminate our appearance in the case as well and remove our firm from future ECF filings.

Thank you.

Yours truly,

IVERSON REUVERS, LLC

/s/Jon K. Iverson

Jon K. Iverson
JKI:be