UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2463 (JNE/JGL)

AMANDA MARIE LUMSDEN, et al.,

Plaintiffs,

v.

**AMENDED**
**NOTICE OF SETTLEMENT CONFERENCE**

DUSTIN A. REICHERT, et al.,

Defendants.

Pursuant to Mr. Applebaum's request and representation of Mr. Leventhal's agreement, the settlement conference scheduled for 9:30 a.m. **Wednesday, October 20, 2004, HAS BEEN RESCHEDULED TO 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief forwarded directly to my chambers, with service on opposing counsel, shall be submitted five business days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: October 18, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge