# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AMANDA MARIE LUMSDEN, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiffs, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 00-2463 (JNE/JGL) |
| | ) | Date: 10/20/04 |
| DUSTIN A. REICHERT, et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 1:45 p.m. |
| Defendants. | ) | Time Concluded: 2:15 p.m. |
| | ) | Time in Court: 0 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Larry Leventhal

Defendant: Paul Applebaum

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached. Settlement conference continued to November 3, 2004, 10:00 a.m.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge