**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AMANDA MARIE LUMSDEN, ET AL,

Plaintiff,

v.

DUSTIN A. REICHERT,

Defendant.

00CV2463 (JNE/JGL)

**NOTICE OF JURY TRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Thursday, November 4, 2004 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota..

DATED: November 2, 2004.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*