UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amanda Marie Lumsden, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Dustin A. Reichert, et al.,<br><br>Defendants. | Case No. CIVIL 00-2463 (JNE/JGL)<br><br>**PLAINTIFFS MOTION FOR COUNSEL CONDUCTED VOIR DIRE OR IN THE ALTERNATIVE SUGGESTED INQUIRIES** |

The Plaintiffs, by and through their undersigned attorney, move the Court, pursuant to Rule 47, Federal Rules of Civil Procedure, for an Order permitting their attorney to conduct voir dire examination. Alternatively, if the Court is to conduct voir dire, Plaintiffs request that the Court make inquiry to the prospective jurors of the requested questions submitted herewith.

Respectfully submitted,

Dated: November 2, 2004

s/David L. Garelick

David L. Garelick, #0285560
Larry B. Leventhal, #62534
LARRY LEVENTHAL & ASSOCIATES
Suite 420–Sexton Bldg.
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

*Attorneys for Plaintiffs Amanda Lumsden and Raymond Lumsden*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Amanda Marie Lumsden, et al.,

Plaintiffs,

v.

Dustin A. Reichert, et al.,

Defendants.

Case No. CIVIL 00-2463 (JNE/JGL)

**SUGGESTED VOIR DIRE INQUIRY BY PLAINTIFFS AMANDA LUMSDEN AND RAYMOND LUMSDEN**

---

1. General background information: name, address, marital status, employment, education, etc.

2. Familiarity with either of the attorneys, the Plaintiffs, the Defendant, or any of the witnesses or as to circumstances of events at issue.

3. Any reason why any Jury Panel member believes that he or she cannot serve or does not wish to serve.

4. Explore generally for potential bias.

5. Are you a member of any organizations? What are they?

6. What news media do you generally rely on for information?

7. Which newspapers and magazines do your read regularly?

8. What types of books do you like to read?

9. Which television and radio programs or media outlets do you regularly view?

10. Has anyone previously served on a jury. (If yes:) What kind of case was it, i.e., civil or criminal? When was the case tried? Did the jury reach a verdict? How did you feel about the process of deliberations? Were you satisfied with the outcome? Did anyone say

anything to you afterward about the case or your verdict that left you feeling uncomfortable? Have you ever been the foreperson on a jury?

11. Have you served on a jury or sat in the courtroom, or been a party in a case where law enforcement officers or former law enforcement officers testified. (If yes:) What was your reaction to the testimony provided by the law enforcement officers? Did you find their testimony credible? Why or why not? As a result of hearing that testimony, did you form an opinion about how well police officers do their work?

12. Would you be more inclined to believe a law enforcement officer or former law enforcement officer than the Plaintiffs?

13. Are you generally satisfied with how police officers do their job?

14. Have any of you had any special training in the law? Or in law enforcement?

15. Have you ever, in any way, worked or had contact with a police department or a similar agency? Please consider contact with any employee of such departments or agencies, not just law enforcement officers.

16. Have you ever served as a reserve officer for a law enforcement agency?

17. How many of you believe that you have a constitutional right to be secure in your homes? (If yes:) How many of you believe that your right to be secure in your home extends to unlawful entries by law enforcement officers?

18. Have you ever worked as a security guard, or a member of a private security or law enforcement agency?

19. Have you ever thought about becoming a law enforcement officer? (If yes:) How far did you pursue that? Do you take any community college courses or apply for police training?

20. Is anyone in your family, or any close friend, employed in law enforcement? If yes, who

and in what capacity?

21. Have you ever been the victim of police misconduct? If so, what were the circumstances?

22. In general, how do you feel toward law enforcement officers? Do you support them or admire them? Do you think they sometimes make mistakes? If a police officer made a mistake, would you hold him or her to a different standard than you would other people? Would that be a higher or lower standard?

23 How many of you believe it would be proper for a law enforcement officer to use his position and equipment, such as a uniform, squad car and firearm, to intimidate someone and gain an advantage in a matter that is purely private between the two of them? Would you feel the same way if the law enforcement officer used his position and equipment, but no firearm?

24. How many of you have either suffered an injury or suffer from a medical condition that diminishes your capacity to enjoy physical activities? (If yes:) Please describe the circumstances.

25. Is there anything about the facts of this case as you know about it so far that will make it difficult for you to sit as a fair and impartial juror?

26. Are you willing to present your position in the jury room, discuss and consider the views of other jurors, but not concede to the majority only because you might find yourself in the minority?

27. Will you be able to follow the instructions of this Court?

Respectfully submitted,

Dated: November 2, 2004

s/David L. Garelick

David L. Garelick, #0285560
Larry B. Leventhal, #62534
LARRY LEVENTHAL & ASSOCIATES
Suite 420–Sexton Bldg.
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

*Attorneys for Plaintiffs Amanda Lumsden and Raymond Lumsden*