UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden, et al.,

Plaintiffs,

v.

Dustin A. Reichert, et al.,

Defendants.

Case No. CIVIL 00-2463 (JNE/JGL)

**EXHIBIT LIST OF PLAINTIFFS**

Plaintiffs Amanda Lumsden and Raymond Lumsden advise the Court that the following may be used at trial:

1. Ramsey County Deputy Activity Logs for Deputies Dustin Reichert (12/09/95 - 09/09/98) and Matthew Schuster (12/06/96 - 2/06-99).
2. Ramsey County Activity Log showing hours worked by Dustin Reichert and Matthew Schuster on January 3, 1998.
3. Ramsey County Lake and Trail Log for 1-3-98 (incorrectly marked 1-3-97).
4. Maplewood Police Department Offense / Incident Report by Reporting Officer Halweg, No. 335, date reported: 1-3-98.
5. Allina Medical Clinic - Eagan treatment notes by Eugene L. Dela Cruz, regarding clinic visit by Amanda Lumsden on 10-7-04. Transcribed: 10-14-04.
6. Correspondence to Mr. David Garelieck [sic], Attorney at Law, from Eugene L. Dela Cruz, DPM dated April 18, 2002.
7. Oak Point Clinic treatment notes regarding clinic visit by Amanda Lumsden on 04-03-02.
8. Oak Point Clinic treatment notes by Eugene L. Dela Cruz, regarding clinic visit by Amanda Lumsden on 3-25-02. Transcribed: 3-26-02.
9. Health East / St. Johns Hospital Medical Records related to the Emergency Department Treatment Record of Amanda Lumsden on January 3, 1998.

Respectfully submitted,

Dated: November 2, 2004

s/David L. Garelick

David L. Garelick, #0285560
Larry B. Leventhal, #62534
LARRY LEVENTHAL & ASSOCIATES
Suite 420–Sexton Bldg.
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

*Attorneys for Plaintiffs Amanda Lumsden and Raymond Lumsden*