UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Lumsden, et al.,

Plaintiffs,

v.

Dustin A. Reichert, et al.,

Defendants.

Case No. CIVIL 00-2463 (JNE/JGL)

**WITNESS LIST OF PLAINTIFFS**

Plaintiffs Amanda Lumsden and Raymond Lumsden advise the Court that the following individuals may be called to testify as a witness at trial:

1. Amanda Lumsden
2. Raymond Lumsden
3. Eugene L. Dela Cruz, DPM
4. Retired Sergeant K. Halweg,
   Maplewood Police Department

Respectfully submitted,

Dated: November 2, 2004

s/David L. Garelick
David L. Garelick, #0285560
Larry B. Leventhal, #62534
LARRY LEVENTHAL & ASSOCIATES
Suite 420–Sexton Bldg.
529 So. 7th Street
Minneapolis, MN 55415
(612) 333-5747

*Attorneys for Plaintiffs Amanda Lumsden and Raymond Lumsden*