IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Amanda Marie Lumsden, et. al.,
Plaintiffs

v.

Dustin A. Reichert, et. al.,
Defendants

**CERTIFICATE OF SERVICE**

Case No.: Civil 00-2463 (JNE/JGL)

I hereby certify that on November 2, 2004, I caused the following documents:

1. Trial Brief of Plaintiffs Amanda Lumsden and Raymond Lumsden (ECF Docket No. 68)
2. Plaintiffs' Motion for Counsel Conducted Voir Dire or in the Alternative Suggested Inquiries (ECF Docket No. 69)
3. Plaintiffs' Proposed Jury Instructions (ECF Docket No. 70)
4. Exhibit List of Plaintiffs (ECF Docket No. 71)
5. Witness List of Plaintiffs (ECF Docket No. 72)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Earl Paul Gray | egraylaw@aol.com, pat@gray-malacko.com |
| Jon K. Iverson | jiverson@iversonlaw.com, jiverson@mn.rr.com |

Dated:___November 2, 2004___

**s/ David L. Garelick**
David L. Garelick #0285560